**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-20624-BLOOM/Elfenbein**

DANIEL REYERO, individually and
On behalf of all others similarly situated,

    Plaintiff,

v.

UNITED AUTOMOBILE INSURANCE CO.,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [27] ("Notice"), filed on May 29, 2025. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [27]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims and **WITHOUT PREJUDICE** as to the claims of the putative class;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 25-cv-20624-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 29, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:     Counsel of Record